8643. JOHN SILVEY & CO. *v.* COLEMAN BROTHERS & CO.

BLOODWORTH, J. The excerpts from the charge which were complained of are not erroneous when read in connection with the entire charge. There was some evidence to support the verdict; and under repeated rulings of this court, it will not interfere with a verdict approved by the presiding judge, where no error of law was committed on the trial.

   *Judgment affirmed. Broyles, P. J., and Jenkins, J., concur.*
     DECIDED SEPTEMBER 19, 1917.

Complaint; from Emanuel superior court—Judge Hardeman. November 7, 1916.

*Williams & Bradley, Dorsey, Shelton & Dorsey,* for plaintiff.
*T. N. Brown,* for defendants.